**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BP PRODUCTS NORTH AMERICA INC.,**

**Plaintiff,**

-vs-                                                          Case No.  6:06-cv-491-Orl-19DAB

**OAKRIDGE AT WINEGARD, INC.,**
**MAHAMMAD QURESHI, PACIFIC**
**ENERGY, INC.,**

**Defendants.**
_____

## ORDER

This cause came on for consideration with oral argument on the following motion filed herein:

> **MOTION:** **BP'S EMERGENCY MOTION FOR LEAVE TO COMMENCE DISCOVERY PRIOR TO RULE 26(F) CONFERENCE (Doc. No. 4)**
>
> **FILED:** April 11, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** as set forth herein.

Plaintiff will be allowed to take the depositions of the three Defendants for one hour each. The Defendants will be allowed to take the deposition of two or three representatives from Plaintiff, for a total time of three hours for all representatives deposed, which will be completed by May 3, 2006 at 5:00 p.m. The depositions may be conducted telephonically.

The parties are ordered to produce the documents relevant to the transfer of the property at 601 West Oakridge Road, Orlando, Florida, allegedly sold to Pacific Energy, Inc. by May 2, 2006 at 12:00 p.m.

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record