# United States District Court
## Middle District of Florida
### Orlando Division

**BP PRODUCTS NORTH AMERICA INC.,**

        **Plaintiff,**

**-vs-**                                      **Case No.  6:06-cv-491-Orl-19DAB**

**OAKRIDGE AT WINEGARD, INC.,**
**MAHAMMAD QURESHI, PACIFIC**
**ENERGY, INC.,**

        **Defendants.**

_____

### Order

    This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **PACIFIC ENERGY'S MOTION TO COMPEL OAKRIDGE AT WINEGARD, INC.'S AND QURESHI'S COMPLIANCE WITH RULE 26 AND CASE MANAGEMENT AND SCHEDULING ORDER (Doc. No. 109)** |
| **FILED:** | **September 22, 2006** |
| **THEREON** it is **ORDERED** that the motion is **DENIED** as moot. | |
| **MOTION:** | **PACIFIC ENERGY'S AMENDED MOTION TO COMPEL OAKRIDGE AT WINEGARD, INC.'S AND QURESHI'S COMPLIANCE WITH RULE 26 AND CASE MANAGEMENT AND SCHEDULING ORDER (Doc. No. 110)** |
| **FILED:** | **September 22, 2006** |
| **THEREON** it is **ORDERED** that the motion is **DENIED** as moot. | |

| | |
|---|---|
| **MOTION:** | **PACIFIC ENERGY'S AMENDED MOTION TO COMPEL OAKRIDGE AT WINEGARD, INC.'S AND QURESHI'S COMPLIANCE WITH RULE 26 AND CASE MANAGEMENT AND SCHEDULING ORDER (Doc. No. 111)** |
| **FILED:** | **September 22, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

**DONE** and **ORDERED** in Orlando, Florida on October 20, 2006.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record